Steven G. Mesaros, #009215
William W. Drury, #005238
John A. Klecan, #019159
Kelly A. Hedberg, #024934
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile:  (602) 307-5853
E-mail:   docket@rcdmlaw.com
          smesaros@rcdmlaw.com
          wdrury@rcdmlaw.com
          jklecan@rcdmlaw.com
          khedberg@rcdmlaw.com

*Attorneys for Defendant American Zurich Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bryan Hunton, an individual,<br><br>　　　　　　Plaintiff,<br><br> v.<br><br>American Zurich Insurance Company, dba Zurich American Insurance Company,<br><br>　　　　　　Defendant. | No. 2:16-cv-00539-PHX-DLR<br><br>**NOTICE OF APPEARANCE**<br><br>*(Assigned to the Honorable Douglas L. Rayes)* |

**NOTICE IS HEREBY GIVEN** that William W. Drury, of the law firm of RENAUD COOK DRURY MESAROS, PA, appears as additional counsel of record on behalf of Defendant American Zurich Insurance Company dba Zurich American Insurance Company in the above-captioned matter.

Defendant requests that William W. Drury be notified with all documents submitted in this matter to the following address:

William W. Drury, Esq.
**RENAUD COOK DRURY MESAROS, PA**
One North Central Avenue, Suite 900
Phoenix, AZ 85004-4417
wdrury@rcdmlaw.com

(Page 1, CV-16-00539-PHX-DLR)          [2313-0066]

3636996.v1

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

**RESPECTFULLY SUBMITTED** this 7th day of March, 2018.

        **RENAUD COOK DRURY MESAROS, PA**

        By /s/Kelly A. Hedberg
           Steven G. Mesaros
           Kelly A. Hedberg
           One North Central, Suite 900
           Phoenix, Arizona 85004-4417
           *Attorneys for Defendant American Zurich Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants.

Honorable Douglas L. Rayes
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor
U.S. Courthouse, Suite 526
401 W. Washington Street, SPC 79
Phoenix, AZ 85003-2162

Steven C. Dawson, Esq.
Anita Rosenthal, Esq.
Sander R. Dawson, Esq.
**DAWSON & ROSENTHAL, P.C.**
25 Schnebly Hill Road
Sedona, AZ 86336-4233
*Attorneys for Plaintiff*

/s/Vicki L. Cobbs

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, CV-16-00539-PHX-DLR)          [2313-0066]

3636996.v1