```
✓ FILED     ___ LODGED
___ RECEIVED ___ COPY

   APR 1 7 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Hunton,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>American Zurich Insurance Company,<br><br>　　　　　Defendant. | No. CV-16-00539-PHX-DLR<br><br>**VERDICT**<br><br>REDACTED |

**Verdict for Defendant on All Claims**

　　We the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do find in favor of Defendant American Zurich Insurance Company, dba Zurich American Insurance Company (Zurich) on all claims.

　　Dated this _____ day of _____, 2018.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jury Foreperson Signature

**Verdict for Plaintiff on Claim for Breach of the Covenant of Good Faith and Fair Dealing**

We the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do find in favor of plaintiff Bryan Hunton on his claim for breach of the covenant of good faith and fair dealing against Zurich, and award damages in the following amounts:

1. For monetary loss or damage to credit reputation experienced and reasonably probable to be experienced in the future in the amount of $ 250,000.00

2. For pain, discomfort, suffering, emotional distress, humiliation, inconvenience, and anxiety experienced and which will probably be experienced in the future in the amount of $ 250,000.00

Dated this 17TH day of APRIL, 2018.

_____#3_____
Jury Foreperson Signature

**Verdict for Plaintiff on Claim for Punitive Damages**

We the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do find in favor of plaintiff Bryan Hunton on his claim for punitive damages against defendant Zurich and assess punitive damages in the following amount:

$ 1,000,000.00

Dated this 17TH day of APRIL, 2018.

_____#3_____
Jury Foreperson Signature

**Verdict for Defendant on Claim for Punitive Damages**

We the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do find in favor of defendant Zurich on the claim for punitive damages.

Dated this \_\_\_\_ day of _____, 2018.

_____
Jury Foreperson Signature