```
                                                      ┌─────────────────────────┐
                                                      │ ✓ FILED     ___ LODGED  │
                                                      │ ___ RECEIVED ___ COPY   │
                                                      │      APR 17 2018        │
                                                      │ CLERK US DISTRICT COURT │
                                                      │ DISTRICT OF ARIZONA     │
                                                      │ BY_____ DEPUTY    │
                                                      └─────────────────────────┘
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ✓ Jury Trial

Case Number: CV-16-539-PHX-DLR     Judge Code: 7037     Date: 03/27/18-04/13/18

BRYAN HUNTON vs. AMERICAN ZURICH INSURANCE CO.

✓ Plaintiff/Petitioner   ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| ADARMES, DEMITRI | | |
|  | | |
| BAKKENSON, GRETCHEN | | |
|  | | |
| BARCLAY, EVA    VIA VIDEO DEPOSITION | | 3/29/18 3/30/18 |
|  | | |
| BENNETT, STACEY | | |
|  | | |
| BROWN, LYNELL | 3/29/18 | 3/29/18 |
|  | | |

1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☑ Jury Trial

Case Number: CV-16-539-PHX-DLR   Judge Code: 7037   Date: 03/27/18-04/13/18

BRYAN HUNTON vs. AMERICAN ZURICH INSURANCE CO.

☑ Plaintiff/Petitioner   ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| CLAPP, LISA A., M.A. | | |
| | | |
| COCHRAN, CARRIE | | |
| | | |
| FINICAL, SCOTT M. | | |
| | | |
| FLOOD, ELLIOTT S. | 4/4/18 | 4/4/18 4/5/18 |
| | | |
| HALL, ADELE (MCALLISTER)  VIA VIDEO DEPOSITION | | 4/3/18 |
| | | |

2

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

[ ] Preliminary Injunction    [ ] TRO    [ ] Non-Jury Trial    [✓] Jury Trial

Case Number CV-16-539-PHX-DLR    Judge Code 7037    Date 03/27/18-04/13/18

BRYAN HUNTON vs. AMERICAN ZURICH INSURANCE CO.

[✓] Plaintiff/Petitioner    [ ] Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| HOMMEL, ROBERT J. | 3/27/18 | 3/27/18 <br> 3/28/18 |
|  |  |  |
| HUNTON, BRYAN | 4/4/18 | 4/4/18 <br> 4/5/18 |
|  |  |  |
| JENKINS, MARLA | 4/3/18 | 4/3/18 |
|  |  |  |
| MAGNUSSON, MELISSA | 3/30/18 | 3/30/18 |
|  |  |  |
| MARVELL, DANA |  |  |
|  |  |  |

3

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☑ Jury Trial

Case Number CV-16-539-PHX-DLR   Judge Code 7037   Date 03/27/18-04/13/18

BRYAN HUNTON vs. AMERICAN ZURICH INSURANCE CO.

☑ Plaintiff/Petitioner  ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| MAYER, LAWRENCE J., M.C., M.S. | | |
| | | |
| McKELVEY, D. NOLAN | 4/4/18 | 4/4/18 |
| | | |
| OMEN, CHRISTOPHER  VIA VIDEO DEPOSITION | | 4/3/18 |
| | | |
| POOTRAKUL, DAVID, M.D. | | |
| | | |
| RUNBECK, DEBRA | 3/30/18 | 3/30/18 |
| | | |

4

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☑ Jury Trial

Case Number CV-16-539-PHX-DLR    Judge Code 7037    Date 03/27/18-04/13/18

BRYAN HUNTON vs. AMERICAN ZURICH INSURANCE CO.

☑ Plaintiff/Petitioner    ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| URIAS-BUONO, MAREE | 3/29/18 | 3/29/18 |
|  |  |  |
| WANG, MARK J., M.D. |  |  |
|  |  |  |
| WEEKLEY, BRIAN | 3/30/18 | 3/30/18 |
|  |  |  |
| YUSUPOV, IGOR R., M.D. |  |  |
|  |  |  |
|  |  |  |
|  |  |  |