# UNITED STATE DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL WITNESS LIST

☐ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

APR 17 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

☐ Motion to Suppress     ☐ Non-Jury Trial     ☒ Jury Trial

Bryan Hunton vs. American Zurich Insurance Co.     CV-2:16-CV-00539-PHX-DLR

☐ PLAINTIFF     ☒ DEFENDANT

| # | NAME | P/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Brown, Lynell | D | 3/29/18 | 4/6/18  4/10/18 |
| 2. | Barclay, Eva | D | | |
| 3. | Hall, Adele | D | | |
| 4. | Marvell, Dana | D | | |
| 5. | Urias-Buono, Maree | D | | |
| 6. | Worosello, Wesley | D | 4/6/18 | 4/6/18 |
| 7. | O'Connell, Matt | D | | |
| 8. | Finical, Scott | D | 4/5/18 | 4/5/18 |
| 9. | Maric, Zoran MD | D | 4/10/18 | 4/10/18 |
| 10. | Simms, Matthew | D | | |
| 11. | McCoy, Doug | D | 4/10/18 | 4/10/18  4/11/18 |
| 12. | Adarmes, Demitri | D | | |
| 13. | Runbeck, Debra | D | | |
| 14. | Goldman, Ian MD | D | | |
| 15. | | | | |