# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# CIVIL EXHIBIT LIST

☐ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

APR 17 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

☐ Motion to Suppress    ☐ Non-Jury Trial    ☒ Jury Trial

BRYAN HUNTON vs. AMERICAN ZURICH INS. CO.        CV-2:16-CV-00539-PHX-DLR

☒ PLAINTIFF                    ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | 3/28/18 | Zurich Policy (SUNDT SDT RESPONSE – 00421-481, 515-522, 527-532, 551-570) |
| 2. | | 3/27/18 | Claim File (ZHUNTON001-732) |
| 3. | | 3/27/18 | Supplemental claim file notes (ZHUNTON01046-1128, 1130) |
| 4. | | 3/27/18 | Supplemental claim file (ZHUNTON01131-1663) |
| 5. | | 3/27/18 | Industrial Commission of Arizona file (HUNTON-ICA-00003-77) |
| 6. | | 3/30/18 | Zurich Way Best Practices for Workers Compensation (ZHUNTON00733-749) |
| 7. | | | Page from Zurich ICA Binder (ZHUNTON01016) |
| 8. | | 3/28/18 | Customer Protocol Report for Sundt Companies (ZHUNTON00750-791) |
| 9. | | 3/28/18 | Zurich Performance Reviews –Claims Specialist III, Entry Date 09/26/2005 (ZHUNTON01704-1711, 1759-1771) |
| 10. | | 3/28/18 | Zurich Performance Reviews – Claims Mgr II-WC (ZHUNTON01691-1703, 1744-1758, 1791-1801) |
| 11. | | 3/28/18 | Zurich Performance Reviews – Claims Specialist III, Entry Date 05/12/2014 (ZHUNTON01664-1671, 1712-1721, 1772-1777) |
| 12. | | | Zurich Performance Reviews – Claims Specialist III, Entry Date 06/17/2013 (ZHUNTON01683-1690, 1732-1743, 1783-1790) |
| 13. | | 3/28/18 | Zurich Performance Reviews –Sr. Cust. Service Exec. (ZHUNTON01672-1682, 1722-1731, 1778-1782) |
| 14. | | 4/5/18 | Zurich Performance Reviews – Case Management Nurse I (ZHUNTON01802-1825) |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 15. | | 3/28/18 | Zurich Job Profile – Claims Service Account Executive II (ZHUNTON01826-1828) |
| 16. | | | Zurich Job Profile – Claims Specialist II (ZHUNTON01829-1832) |
| 17. | | 4/5/18 | Zurich Job Profile – Claims Specialist III (ZHUNTON01833-1836) |
| 18. | | 4/3/18 | Zurich Job Profile – Technical Claims Manager II (ZHUNTON01837-1840) |
| 19. | | | Quality Assessments (ZHUNTON02002-2009, 2077-2082, 2089-2094, 2225-2231, 2298-2304, 2378-2384) |
| 20. | | 3/28/18 | Calibration Conferences March 2015 (ZHUNTON003112-3113, 3155-3156, 3178-3180, 3597-3599, 4319-4324, , 4482-4483, 4510-4513, |
| 21. | | 3/28/18 | Calibration Conferences Dashboard (ZHUNTON004329-4331, 4338-4341) |
| 22. | | | CSR emails and Sundt Claim Review Status Report (ZHUNTON002772-2776, 4368-4372, 4504-4509, 4947-4951, 4982-4985) |
| 23. | | | Sundt Claim Reviews March 2016 (SUNDT_000782-783, 2525-2527) |
| 24. | | 3/27/18 | L. Brown Production (ZHUNTON004653-4654, 4656, 4666, 4669, 4672, 4677, 4681, 4688, 4732-4734, 4750, 5214-5220, 5749, 6002, 6012, 6015, 6018, 6023, 6027, 9845-9847) |
| 25. | | | ICA notification of denial (ZHUNTON004906, 4966-4967, 5005-5006, 5013-5015) |
| 26. | | | Johnston email/work status November 2014 (ZHUNTON005011-5012) |
| 27. | | 3/27/18 | IME emails/correspondence (ZHUNTON005020-5025) |
| 28. | | 3/27/18 | Mayer emails (ZHUNTON004961-4965) |
| 29. | | | Payment requests for 2015 (ZHUNTON004871-4873, 4888-4894, 4919-4921, 4995-4997, 5000-5002, 5061-5063) |
| 30. | | | Insufficient reserves (ZHUNTON002659-2660, 2840-2843, 2864-2867, 3158-3159, 3337-3338, 4366-4367, 4913-4914) |
| 31. | | | Pharmacy Request (ZHUNTON004908-4910, 4959-4960) |
| 32. | | | Barclay emails (ZHUNTON002574, 3109-3110, 4766) |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 33. | | | Zurich Short Term Incentive Plan (ZHUNTON010479-10507) |
| 34. | | 4/5/18 | Portions of Arthur J. Gallagher & Co. file produced pursuant to Subpoena Duces Tecum (AJG000001-17, 26-28) |
| 35. | | | Affidavit of Holly Vana dated 12/5/17 |
| 36. | | 3/28/18 | Prior reports of Zoran Maric, M.D. produced by PAX (PAX SDT RESPONSE 000300-368, 370) |
| 37. | | | Emails referencing Zoran Maric, M.D. attached to Robert Hommel's Expert Disclosure Statement |
| 38. | | 3/28/18 | Portions of PAX Resource Consulting file produced pursuant to Subpoena Duces Tecum (PAX SDT RESPONSE -000001-13, 000122-144, 147-166, 287, 292-296) |
| 39. | | 3/28/18 | Mayer Vocational Rehabilitation Services file produced pursuant to Subpoena Duces Tecum (Mayer SDT Response 000001-37) |
| 40. | | | Emails re consult re reserves (ZHUNTON004501-4502) |
| 41. | | 3/28/18 | Emails in file produced by Sundt Construction (SUNDT_000580-584, 586-589, 594, 599-602, 605-612, 615, 620, 630-31, 659, 662, 692, 695, 704, 733-745, 757-758, 768, 774-780, 857-867, 886-891, 2198-2202, 2216-2218, 2243-2245, 4461-4462, 4587, 4590, 4604-4605, 4608-4613, 4620, 4647-4649) |
| 42. | | 3/27/18 | Emails between Lynell Brown and Scott Finical (ZHUNTON4975-4981, 4815, 4826-4827, 4842-4844, 4883-84) |
| 43. | | 3/28/18 | Settlement Agreement and Release and EEOC Mediation Agreement between Bryan Hunton and Sundt Construction (EEOC 000001-5) |
| 44. | | 3/27/18 | EEOC Charge of Discrimination (SUNDT_000397-398, 825-826, 850, 852-854, 872-873) |
| 45. | | 3/27/18 | VocMedEcon file produced pursuant to Subpoena Duces Tecum (VocMedEcon SDT Response 000003-72) |
| 46. | | 3/30/18 | Debra Runbeck file (Corres 000004, 9, 11-12, 15, 17-22, 27-29, 31, 35-38, 42 47-50, 55, 58; Atty Notes 000021-24; Carrier 000012; Pldgs 3-5, 17-21) |
| 47. | | 3/30/18 | Jerome, Gibson, Stewart, Friedman & Stevenson Statement of Account as of 9/18/17 |
| 48. | | 3/28/18 | Arizona Medical Board documents regarding Zoran Maric, M.D. (AMB Comp 000001-4) |
| 49. | | | Neuropsychological report of Steven Pitt, Ph.D. report regarding Lynell Brown (Perry-PittReport000004-32) |
| 50. | | | Minute Entry from Perry v. Zurich dated 5/19/2016 |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 51. | | 3/30/18 | Complaints for Bad Faith and Unfair Claims Processing filed with the Industrial Commission of Arizona in case #20142-520362 on 10/29/14, 4/14/15 and 8/8/15. |
| 52. | | 3/30/18 | Findings and Award for Bad Faith/Unfair Claims Processing Practices filed with the Industrial Commission of Arizona in case #20142-520362 on 3/20/15, 6/29/15 and 11/24/15. |
| 53. | | 3/27/18 | ICA Decision Upon Hearing and Findings and Award for Continuing Benefits dated 3/30/17. |
| 54. | | | Re-assignment of Brown files (ZHUNTON002832-2835, 2837-2838, 5191-5196, 5205) |
| 55. | | 4/4/18 | Plaintiff's work journals |
| 56. | | 3/27/18 | Sundt Construction employment documents (SUNDT_000384-389, 576-577, 639, 4657, 4660-4661) |
| 57. | | 4/4/18 | Sundt Construction Employee Evaluations/Performance Assessments (SUNDT_000039-42, 786-824) |
| 58. | | 3/27/18 | Handwritten and undated Employee Evaluation (SUNDT_000633-634) |
| 59. | | 3/27/18 | Plaintiff's financial records (Credit Report 000001-14; CR_000014-20; PLIC_000011-15; Enerbank 000001-8, 10, 13-16; Cap One 000001; HOA 000001-4; FI_000002-5) |
| 60. | | | Medical records – Arizona Injury Medical Association (ARIZ INJURY MED ASSOC 000001-6, 11-28, 32-36, 45-116, 126-127, 130-133, 135-160, 166-167, 173-178, 182-184, 189-193, 213-214) |
| 61. A | | 3/27/18 | Audio recording of telephone call between Lawrence Scibilia, M.D. and Demitri A. Adarmes, M.D. |
| 61. B | | | Transcript of telephone call between Lawrence Scibilia, M.D. and Demitri A. Adarmes, M.D. |
| 62. | | | Medical records – Arizona Brain and Spine (AZ B & S 000001-7, 9-74, 79-90, 93-116, 132-139) |
| 63. | | | 2015 Annual Financial Data for American Zurich Insurance Company |
| 64. | | | 2017 Financial Data for American Zurich Insurance Company |
| 65. | | | A.M. Best Rating Services company profile for American Zurich Insurance Company |
| 66. | | | American Zurich Insurance Company 401K information |
| 67. | | | Defendant's Supplemental Responses to Plaintiff's First Set of Non-Uniform Interrogatories, Nos. 1 and 4 |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 68. | | | Defendant's Supplemental Responses to Plaintiff's First Request for Production of Documents, Nos. 1 and 15 |
| 69. | | | Defendant's Responses to Plaintiff's Second Request for Production of Documents, Nos. 21 and 25 |
| 70. | | | Defendant's Responses to Plaintiff's Third Request for Production of Documents, No 29. |
| 71. | 3/29/18 | 3/29/18 | Sundt SDT |
| 72. | 4/5/18 | 4/5/18 | American Zurich 2017 Annual Stmt |
| 73. | 4/10/18 | 4/10/18 | Maric SDT Response |
| 74. | | | |
| 75. | | | |
| 76. | | | |
| 77. | | | |
| 78. | | | |
| 79. | | | |
| 80. | | | |
| 81. | | | |
| 82. | | | |
| 83. | | | |
| 84. | | | |
| 85. | | | |
| 86. | | | |
| 87. | | | |
| 88. | | | |