# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED _____ LODGED
_____ RECEIVED _____ COPY

APR 17 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## CIVIL EXHIBIT LIST

☐ Motion to Suppress          ☐ Non-Jury Trial          ☒ Jury Trial

BRYAN HUNTON vs. AMERICAN ZURICH INS. CO.          CV-2:16-CV-00539-PHX-DLR

☐ PLAINTIFF          ☒ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 80. | | | April 2015 Omen email |
| 81. | | 3/27/18 | January 2016 Omen and Barclay email |
| 82. | | | July 2016 Omen email |
| 83 | | 3/27/18 | Brown Task Reminder to review the file January 27, 2015 |
| 84. | | 3/27/18 | March 2015 Brown Outlook to do |
| 85. | | 3/27/18 | July 2015 Brown Outlook to do |
| 86. | | | Pending Claims March 2015 |
| 87. | | 4/5/18 | Credit application for Chevy |
| 88. | | | Capital One Statement September to October 2014 |
| 89. | | | Capital One Statement April to May 2015 |
| 90. | | | Capital One Statement July to August 2015 |
| 91. | | | Cox Statement |
| 92. | | 4/4/18 | Unemployment Application |
| 93. | | 4/5/18 | Unemployment Questionnaire |
| 94. | | 4/4/18 | Department of Economic Security Application |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 95. | | | Department of Economic Security Application for Unemployment |
| 96. | | | Fidelity transaction detail September 2013 to November 2014 |
| 97. | | | Fidelity 401k May 21, 2014 to October 3, 2014 |
| 98. | | | Fidelity 401k October 10, 2014 to November 22, 2014 |
| 99. | | 3/27/18 | Fidelity Check September 2013 |
| 100. | | 3/27/18 | Fidelity 401k November 2014 |
| 101. | | | HMS Medical Summary September 2014 to August 2016 – 1 |
| 102. | | | HMS Medical Summary September 2014 to August 2016 – 2 |
| 103. | | | HMS Medical Summary September 2014 to August 2016 – 3 |
| 104. | | | Dr. Goldman Medical Records |
| 105. | | 3/27/18 | Paystubs |
| 106. | | | Palm Valley Oral Records |
| 107. | | | Runbeck ICA Phone Screening |
| 108. | | | Runbeck Client Information Questionnaire |
| 109. | | | Runbeck attorney notes October 2014 to March 2015 |
| 110. | | | Runbeck attorney notes March 16, 2015 |
| 111. | | 3/27/18 | EEOC Complaint |
| 112. | | | Tax Forms 2012 to 2014 |
| 113. | | | April 16, 2014 Hunton emails to O Connell |
| 114. | | 3/27/18 | Sundt returned wage information sheet |
| 115. | | 4/5/18 | Bank Deposits – 1 |
| 116. | | 4/5/18 | Bank Deposits – 2 |

| Exhibit No. | Date | | Description |
| | Marked For Evidence | Admitted In Evidence | |
|---|---|---|---|
| 117. | | | AWE Initial Consultation |
| 118. | | | CORE Medical Records |
| 119. | | 4/5/18 | May 28, 2010 Engle Medical Records |
| 120. | | | May 25, 2010 Engle Medical Records |
| 121. | | 4/5/18 | November 30, 2012 Engle Medical Records |
| 122. | | | July 23, 2011 Engle Medical Records |
| 123. | | | June 24, 2011 Engle Medical Records |
| 124. | | | May 16, 2011 Engle Medical Records |
| 125. | | | May 13, 2011 Engle Medical Records |
| 126. | | | May Intake Questionnaire 2003 |
| 127. | | | January 2016 Dr. Duhapati visit |
| 128. | | | October 2015 Dr. Duhapati visit |
| 129. | | | Claim Summary September 2016 |
| 130. | | 3/27/18 | Wells Fargo letter regarding mortgage |
| 131. | | 4/5/18 | Expense sheet regarding mortgage assistance |
| 132. | | 3/27/18 | Approval for food stamps August 2015 |
| 133. | | 4/5/18 | 2014 Tax Transcript |
| 134. | | | Telephone transcript regarding mortgage assistance |
| 135. | | | Wells Fargo Bank Statement September 2014 to October 2014 |
| 136. | | | Wells Fargo Bank Statement November 2014 to December 2014 |
| 137. | | | Wells Fargo Bank Statement December 2014 to January 2015 |
| 138. | | | Wells Fargo Bank Statement March 2015 to April 2015 |

| Exhibit No. | Date | | Description |
| --- | --- | --- | --- |
| | Marked For Evidence | Admitted In Evidence | |
| 139. | | 4/5/18 | Wells Fargo Bank Statement May 2015 to June 2015 |
| 140. | | 4/5/18 | Wells Fargo Bank Statement July 2015 to August 2015 |
| 141. | | | Wells Fargo Bank Statement August 2015 to September 2015 |
| 142. | | | Quality Assessments |
| 143. | | | |
| 144. | | | |
| 145. | | | |
| 146. | | | |
| 147. | | | |
| 148. | | | |
| 149. | | | |
| 150. | | | |
| 151. | | | |
| 152. | | | |
| 153. | | | |
| 154. | | | |
| 155. | | | |
| 156. | | | |
| 157. | | | |
| 158. | | | |